IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS S. RUBIO,<br><br>            Petitioner,<br><br>    vs.<br><br>GAIL LEWIS,<br><br>            Respondent. | No. CV-F-01-6592 REC/TAG HC<br><br>ORDER DECLINING TO ISSUE<br>CERTIFICATE OF APPEALABILITY |

The court hereby declines to issue a certificate of appealability, the court concluding that petitioner has not made a substantial showing of the denial of a constitutional right with respect to the claims made in his petition for writ of habeas corpus.

IT IS SO ORDERED.

**Dated: April 15, 2005**              **/s/ Robert E. Coyle**
668554                                    UNITED STATES DISTRICT JUDGE

1